UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABAS DOWLAD,

                    Plaintiff,

          v.

PROGRESSIVE INSURANCE,

                    Defendant.

Case No. C26-1988-JHC

ORDER GRANTING IFP

          Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

          Dated this 9th day of June, 2026.

                                                        S. KATE VAUGHAN
                                                        United States Magistrate Judge

ORDER GRANTING IFP - 1