UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:26-cv-01988-JHC<br><br>ORDER TO SHOW CAUSE |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must occur, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id*. Alternatively, "plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons." Fed. R. Civ. P. 4(d)(1).

Here, Plaintiff has made a request for service of summons and the complaint by the United States Marshals Service pursuant to 28 U.S.C. § 1915(d). *See* Dkt. # 7. While that motion remained pending, Defendant answered the complaint. *See* Dkt. # 8. Thus, it is unclear if Plaintiff's have complied with Rule 4(m) or if service by the United States Marshals Service is still needed.

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE within ten (10) days of the date of this order demonstrating if service of the summons and complaint has been rendered or waived. If Plaintiff does not show cause, the Court will strike Docket # 7 as moot.

Dated this 22nd day of July, 2026.

John H. Chun
United States District Judge