UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 26-cv-01988-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion to Strike Defendant's Affirmative Defenses. Dkt. # 14. Defendant did not file a response to the motion. Based on the reasoning of *White v. King County Sheriff's Office*, 2024 WL 2802930 (W.D.Wash. May 31, 2024), the Court GRANTS the motion in part and DENIES it in part. The Court STRIKES the first affirmative defense ("fail[ure] to state a cause of action …") and the second affirmative defense (reservation of rights).

Dated this 27th day of August, 2026.

John H. Chun
John H. Chun
United States District Judge