UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD,<br><br>Plaintiff,<br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:26-cv-01988-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The docket in this matter presents a puzzling situation: Defendant is clearly defending against Plaintiff's case. *See* Dkt. ## 8 & 20. But Defendant did not file a response to Plaintiff's motion to strike affirmative defenses (Dkt. # 14), which the Court ruled on at Dkt. # 19. And now, Defendant has not responded to Plaintiff's motion for summary judgment (Dkt. # 12).

(2) The Court ORDERS Defendant to respond to the motion for summary judgment on or before September 14, 2026. Plaintiff may file a reply on or before September 18, 2026.

(3) The Court DIRECTS the Clerk to (a) re-note the motion for summary judgment (Dkt. # 12) for September 18, 2026; and (b) forward a copy of this Order to all parties and counsel of record.

Dated this 31st day of August 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk